AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tunheim, John R. | District of Minnesota | 05/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

**7. Chambers or Office Address**

13E United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council Member and House Delegate | Govt & Public Sector Lawyers Division, American Bar Association |
| 2. Director and President | Norwegian-American Historical Association (nonprofit organization) |
| 3. Director | American Judicature Society |
| 4. Director | Federal Bar Association, Minnesota Chapter |
| 5. Advisor | Advisory Committee to the Norwegian Nobel Peace Prize Forum |
| 6. Advisor | Advisory Board to the Hubert H. Humphrey School of Public Affairs at the University of Minnesota |
| 7. Regent | Concordia College, Moorhead, MN |
| 8. Board Member | Advisory Council, University of Minnesota Law School, Minneapolis, MN |
| 9. Committee Member, Vice Chair and Chair Elect | Executive Committee, National Conference of Federal Trial Court Judges, Judicial Division, American Bar Association |
| 10. Task Force Chair | Prosecution and Defense Function Standards Task Force, Criminal Justice Section, American Bar Association |
| 11. Board Member | The Oslo Center for Peace and Human Rights-U.S. Foundation |
| 12. Board Member | The Rand Institute for Civil Justice |

**Tunheim , John R.**

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2011 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | World Learning - compensation (USAID directed and funded) | $16,530.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self employed Public Relations |
| 2. 2010 | Bush Foundation, St. Paul, MN (Director Compensation) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | Feb. 4-8 | Orlando, FL | Meeting | Meals and lodging |
| 2. | American Bar Association, Government and Public Sector Lawyers Division | May 22 | Washington, DC | Meeting | Transportation and meals |
| 3. | American Bar Association, Criminal Justice Section | Jan 22-24 | Nashville, TN | Task Force | Transportation, meals and lodging |
| 4. | American Bar Association, Criminal Justice Section | April 16-18; June 4-6 | Washington, DC | Task Force | Transportation, meals and lodging |
| 5. | American Bar Association | August 5-10 | San Francisco, CA | Meeting | Transportation, meals and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tunheim, John R. | 05/15/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Concordia College | May 6-7, Sept 22-25; Dec. 2-4 | Moorhead, MN | Board Meeting | Transportation, meals and lodging |
| 7. | Concordia College | Mar 25-26 | Moorhead, MN | Program | Lodging |
| 8. | Concordia College | April 22-23 | Moorhead, MN | Meeting | Transportation and lodging |
| 9. | Concordia College | May 1-2 | Moorhead, MN | Meeting | Transportation and lodging |
| 10. | William Mitchell College of Law | June 12-16 | London, England | Conference (speaker) | Transportation, meals and lodging |
| 11. | Concordia College | Sept 30-Oct 1 | Moorhead, MN | Class (speaker) | Transporation and lodging |
| 12. | American Bar Association, Government and Public Sector Lawyers Division | Oct 8-10 | Scottsdale, AZ | Meeting | Transportation and lodgin |
| 13. | American Bar Association, Criminal Justice Section | Oct 14-17 | San Francisco, CA | Task Force | Transportation, meals and lodging |
| 14. | RAND Institute | Oct 28-29 | New York, NY | Board Meeting | Transportation, meals and lodging |
| 15. | American Bar Association, Employment Law Section | Nov 4-5 | Chicago, IL | CLE (teach) | Transportation, meals and lodging |
| 16. | World Learning (USAID directed and funded) | March 6-14; June 6-12 | Pristina, Kosovo | Training | Transportation, meals and lodging |
| 17. | World Learning (USAID directed and funded) | Nov. 6-12 | Washington, DC | Training | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Stonebridge Bank - Minneapolis MN | Working Capital Line of Credit for Tunheim Partners | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Hiway Federal Credit Union. St. Paul, MN (Bank Accts) | A | Interest | J | T | | | | | |
| 2. | State of Minnesota Deferred Compensation Account | | None | J | T | | | | | |
| 3. | Honeywell Retirement Benefit Plan | | None | M | T | | | | | |
| 4. | Atlas Energy for the Nineties Public Officer #4 | A | Distribution | J | T | | | | | |
| 5. | Wells Fargo Bank | A | Interest | L | T | | | | | |
| 6. | Schwab Advisory Cash Reserve | A | Dividend | K | T | Buy | 12/16/10 | K | | |
| 7. | American Funds: American Balanced Fund Cl F | C | Dividend | M | T | | | | | |
| 8. | Dodge & Cox Balanced | B | Dividend | L | T | | | | | |
| 9. | American Funds: Washington Mutual Investors | A | Dividend | K | T | | | | | |
| 10. | American Funds: Investment Co of America Cl F | A | Dividend | K | T | | | | | |
| 11. | Baron Asset | A | Dividend | K | T | | | | | |
| 12. | American Funds: Capital World Growth & Income | A | Dividend | K | T | | | | | |
| 13. | Royce Total Return | A | Dividend | J | T | | | | | |
| 14. | American Funds: New World Fund | A | Dividend | J | T | | | | | |
| 15. | American Funds: Capitol Income Builder | B | Dividend | K | T | | | | | |
| 16. | Ist Clearing Bank Deposit | A | Interest | | | Sold | 12/15/10 | K | A | |
| 17. | Schwab Advisor Cash Reserve | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  American Funds: Growth Fund of America | A | Dividend | K | T | | | | | |
| 19.  American Funds: Investment Co. of America C1 R3 | A | Dividend | K | T | | | | | |
| 20.  American Funds: EuroPacific Fund | A | Dividend | J | T | | | | | |
| 21.  American Funds: American Balanced CL R3 | A | Dividend | K | T | | | | | |
| 22.  American Funds: Bond Fund of America | B | Dividend | K | T | | | | | |
| 23.  Third Avenue Value | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2011 |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John R. Tunheim**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544